UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DOUG FITTS,

    Plaintiff,

v.

COMMERCIAL RECOVERY SYSTEMS,

    Defendant.

Case No. 06-cv-858-JPG

## JUDGMENT

This matter having come before the Court, and the plaintiff having filed a notice of dismissal,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**NORBERT JAWORSKI**

**Dated:  February 26, 2007**        By:s/Deborah  Agans, Deputy Clerk

**Approved:**   s/ J. Phil Gilbert
              **J. PHIL GILBERT**
              **DISTRICT JUDGE**